# Third District Court of Appeal

## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1156
Lower Tribunal No. 17-26761
_____

**Rodlin Edouard, et al.,**
Appellants,

vs.

**Wood Tavern, Inc., etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Law Offices of Levy & Levy, P.A., and Chad E. Levy (Sunrise), for appellants.

Recalde Law Firm, P.A., and Rafael Recalde and Geremy Klein, for appellee.


Before FERNANDEZ, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Valenzuela v. Globeground North Am., LLC., 18 So. 3d 17, 25 (Fla. 3d DCA 2009) (explaining that after the employer provides a legitimate reason for the termination, the employee "must present significantly probative evidence on the issue [of pretext] to avoid summary judgment" and that "conclusory general assertions, however, do not create factual issues necessary to avoid summary judgment") (internal citations and quotations omitted).